# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D2024-0996
_____

KYLLIEN ANDERSON,

    Appellant,

    v.

STATE OF FLORIDA,

    Appellee.

_____

On appeal from the Circuit Court for Leon County.
Joshua Hawkes, Judge.

February 26, 2025

PER CURIAM.

DISMISSED. *Maxwell v. State*, 383 So. 3d 892 (Fla. 1st DCA 2024).

OSTERHAUS, C.J., and NORDBY and LONG, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Jessica J. Yeary, Public Defender, and Kevin Paul Steiger, Ashley Coyle Alvarez, and Megan Lynne Long, Assistant Public Defenders, Tallahassee, for Appellant.

James Uthmeier, Attorney General, Tallahassee, for Appellee.